**No. 60110.**—National Sanitary Rag Co. *v.* United States, protests 669240–G, 669241–G, and 669242–G (St. Louis).

Opinion by Rao, J.   In accordance with stipulation of counsel that 20 percent of the merchandise consists of rags used chiefly for papermaking, the claim of the plaintiff was sustained with respect to said 20 percent of the merchandise.

**No. 60111.**—U. S. Wiping Materials Corp. and J. T. Steeb & Co., Inc. *v.* United States, protests 782118–G, 793187–G, and 805726–G (Seattle).

Opinion by Rao, J.   In accordance with stipulation of counsel that 20 percent of the merchandise consists of rags used chiefly for papermaking, the claim of the plaintiff was sustained with respect to said 20 percent of the merchandise.

**No. 60112.**—U. S. Wiping Materials Corporation *v.* United States, protest 18700–K (Portland, Oreg.).

Opinion by Rao, J.   In accordance with stipulation of counsel that 20 percent of the merchandise consists of rags used chiefly for papermaking, the claim of the plaintiff was sustained with respect to said 20 percent of the merchandise.

**No. 60113.**—Geo. S. Bush & Co., Inc. *v.* United States, protest 28433–K (Portland, Oreg.).

Opinion by Rao, J.   In accordance with stipulation of counsel that 20 percent of the merchandise consists of rags used chiefly for papermaking, the claim of the plaintiff was sustained with respect to said 20 percent of the merchandise.